FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 MAY 18  AM 8:40

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-83-CEM-GJK
18 U.S.C. § 922(g)(1)

MANDEL LAMONT STEWART

### INDICTMENT

unSEALED

The Grand Jury charges:

### COUNT ONE

On or about January 16, 2022, in the Middle District of Florida, and elsewhere, the defendant,

**MANDEL LAMONT STEWART**,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Carrying a Concealed Weapon by a Convicted Delinquent, in Orange County, Florida, on or about April 11, 2016;

2. Possession of a Firearm by a Person Found to have Committed a Delinquent Act, in Orange County, Florida, on or about April 11, 2016; and

3. Possession of Burglary Tools, in Orange County, Florida, on or about April 11, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, two Benelli shotguns.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegation contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Benelli Super Black Eagle-2, 12-gauge shotgun, and a Benelli Super Black Eagle-3, 12-gauge shotgun.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
R. Manthripragada
Assistant United States Attorney

By: _____
Michael P. Felicita
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MANDEL LAMONT STEWART

## INDICTMENT

Violation: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of May, 2022.

_____
Clerk

Bail $ _____